Constance Noreck, an Infant, by Cecelia Noreck, Her Guardian ad Litem, et al., Appellants, v. Theodore Fronczak et al., Constituting the Board of Trustees of Common School District No. 10 of the Town of Cheektowaga, Respondents.— Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Josephine T. Morrissey, Appellant, v. St. Mary's Catholic Church, Respondent.— Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

William E. Morrissey, Appellant, v. St. Mary's Catholic Church, Respondent.— Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

E. M. Morris et al., Doing Business under the Name of Associates Discount Company, Appellants, v. Laurence VerStreate, Respondent.— Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Edward J. Callahan et al., as Committee of the Person and Estate of Katherine E. Callahan, an Incompetent Person, Respondents-Appellants, v. State of New York, Appellant-Respondent. (Claim No. 27204.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Edna Robison, Respondent, v. State of New York, Appellant. (Claim No. 27106.) - Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.